1
2
3     JS-6
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ILC TRADEMARK CORPORATION, a British Virgin Islands corporation, | Case No. 2:17-cv-07975-MWF(JPRx) |
| Plaintiff, | **JUDGMENT AFTER TRIAL** |
| vs. | |
| AVIATOR NATION, INC., a California Corporation, and PAIGE MYCOSKIE, an individual, | |
| Defendants. | |
| AVIATOR NATION, INC., a California Corporation | |
| Counter-Claimant | |
| vs. | |
| ILC TRADEMARK CORPORATION, a British Virgin Islands corporation, and ROES 1-10, Inclusive, | |
| Counter-Defendant | Complaint Filed:  October 31, 2017<br>Trial Date:  April 23, 2019 |

    Following a trial to the Court, the Court entered its Findings of Fact and
Conclusions of Law.  Consistent with the Findings of Fact and Conclusions of Law, and
pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

1. As to all of the claims of Plaintiff ILC Trademark Corporation, judgment is entered in favor of Defendants Aviator Nation, Inc., and Paige Mycoskie;
2. As to its remedies of an injunction or disgorgement, Plaintiff ILC Trademark Corporation shall have no relief;
3. As to the counterclaims of Counterclaimant Aviator Nation, Inc., judgment is entered in favor of Plaintiff ILC Trademark Corporation and Counterclaimant shall have no relief; and
4. No party shall recover its or her costs.

Dated: November 24, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge